**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

|  |  |  |
|---|---|---|
| EDNA MAE McCAGE ROBERTS | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| vs. | ) | 1:04cv1337-T/An |
|  | ) | |
| CALVIN HOWELL and MRS. CALVIN HOWELL, d/b/a APPLE CREEK TOWN CENTER | ) ) ) | |
|  |  |  |
| Defendants. |  |  |

### RULE 16(b) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates are established as the final dates for:

**INIITIAL DISCLOSURES (RULE 26(a)(1):**

June 10, 2005

**JOINING PARTIES:**

    for Plaintiff:    July 22, 2005

    for Defendant:    August 22, 2005

**AMENDING PLEADINGS:**

    for Plaintiff:    July 22, 2005

    for Defendant:    August 22, 2005

**COMPLETING ALL DISCOVERY**:

    (a)    **REQUESTS FOR PRODUCTION, INTERROGATORIES**

**and**

          **REQUESTS FOR ADMISSIONS**: December 16, 2005

    (b)    **EXPERT DISCLOSURE (Rule 26(a)(2))**:

        (i)    Plaintiff's Experts:    October 14, 2005

        (ii)    Defendant's Experts:    November 15, 2005

        (iii)    Supplementation under Rule 26(e):    November 28, 2005

    (c)    **DEPOSITIONS OF EXPERTS:**    December 16, 2005

**FILING DISPOSITIVE MOTIONS:**    January 10, 2006

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 16(a)(3))**:

    (a)    for Plaintiff:    February 23, 2006

        for Defendant:    March 10, 2006

Parties shall have 10 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last 3 days and is SET for JURY TRIAL on Monday, April 10, 2006, at 9:30 A.M. A joint pretrial order is due on Friday, March 31, 2006.

                                        *S. Thomas Anderson*
                                               JUDGE

                                          Dated:   May 17, 2005

CONSENTED BY THE PARTIES:

_____
Michael L. Weinman (# 015074)
Attorney for Plaintiff
114 South Liberty Street
P.O. Box 266
Jackson, Tennessee 38302
731-423-5565

_____
Jeff Weintraub (B.P.R. #9686)
William C. Sessions (B.P.R. #15017)
Attorneys for Defendant
1715 Aaron Brenner Drive, Suite 512
Memphis, Tennessee 38120

by Michael L. Weinman
w/ permission

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:04-CV-01337 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

William C. Sessions
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

Jeff Weintraub
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

Honorable James Todd
US DISTRICT COURT