IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION

| | |
|---|---|
| EDNA MAE McCAGE ROBERTS, | ) |
| Plaintiff, | ) ) ) |
| | ) No. 1-04-1337 |
| CALVIN HOWELL and MRS. CALVIN HOWELL, d/b/a APPLE CREEK TOWN CENTER | ) ) ) ) ) |
| Defendants. | ) ) |

### CONSENT ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

This matter came on to be heard before the Court on the parties Joint Motion to Amend Scheduling Order. Upon review of the Motion, the Court is persuaded that the Motion is well-taken and should be granted. Thus, for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Scheduling Order is amended extending the discovery and deposition deadline up to and including February 1, 2006. Further the Scheduling Order is amended as follows: Defendant shall designate experts by December 15, 2005; supplementation under Rule 26(e) shall be completed by December 28, 2005; depositions of experts shall be completed by February 16, 2006; dispositive motions shall be filed by February 10, 2006 and Plaintiff's final list of witnesses and exhibits shall be filed by February 23, 2006; Defendant's final list of witnesses and exhibits shall be filed by March 17, 2006.

ENTER this the _02_ day of December 2005.

S. Thomas Anderson  USMJ
United States District Court Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _12-07-05_

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 1:04-CV-01337 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

William C. Sessions
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

Jeff Weintraub
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT